Julia F. Parsons, Individually and as Executrix of Arthur E. Parsons, Deceased, Appellant and Respondent, *v.* First Trust and Deposit Company, as Executor of Alexander T. Brown, Deceased, et al., Respondents and Appellants.

Julia F. Parsons, Individually and as Executrix of Arthur E. Parsons, Deceased, Appellant and Respondent, *v.* First Trust and Deposit Company, as Executor of Willard C. Lipe, Deceased, et al., Respondents and Appellants.

(Argued December 4, 1935; decided January 7, 1936.)

*S. F. Hancock* and *B. E. Shove* for Burton B. Parsons, as executor of Mary S. Brown, et al., defendants, respondents and appellants.

*Frank H. Hiscock* and *Alexander H. Cowie* for First Trust and Deposit Company, as executor of Alexander T. Brown, deceased, et al., defendants, respondents and appellants.

*Maurice Phelps* and *Ben Wiles* for Julian S. Brown, defendant, respondent and appellant.

*William S. Andrews* and *H. Duane Bruce* for plaintiff, appellant and respondent.

In each action, judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.